```
*** 129539536-001 ***                  YOUR TRANSUNION FILE NUMBER: 129539536
P.O. Box 2000                          PAGE  1 OF  7
Chester, PA 19022                      DATE THIS REPORT PRINTED: 09/08/2004

     RETURN SERVICE REQUESTED         SOCIAL SECURITY NUMBER: XXX-XX-0552
                                      BIRTH DATE:              07/1959
                                      YOU HAVE BEEN IN OUR FILES SINCE: 10/1987
                                      PHONE: 581-1727
                                      AKA: ADELS,IDA,N
```

CONSUMER REPORT FOR:

```
     17585 00002414 0001 D692VWI1
     *****
     ROVERS, IDA, MARIA
     2052 SE LONE FIR CT
     SALEM, OR 97306
```

FORMER ADDRESSES REPORTED:

```
  11034 SE MILL CREEK RD, AUMSVILLE, OR 97325
  5190 SE DELANEY RD, TURNER, OR 97392
```

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION.
YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS
FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT
BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS
WORD IS NOT DISPLAYED TO ANYONE BUT YOU EXCEPT WHERE PERMITTED BY LAW.

                        YOUR CREDIT INFORMATION

THE FOLLOWING ITEMS OBTAINED FROM PUBLIC RECORDS APPEAR ON YOUR REPORT. YOU MAY
BE REQUIRED TO EXPLAIN PUBLIC RECORD ITEMS TO POTENTIAL CREDITORS.  ANY BANK-
RUPTCY INFORMATION WILL REMAIN ON YOUR REPORT FOR 10 YEARS FROM THE DATE OF
FILING. UNPAID TAX LIENS MAY GENERALLY BE REPORTED FOR AN INDEFINITE PERIOD OF
TIME DEPENDING ON YOUR STATE OF RESIDENCE. PAID TAX LIENS MAY BE REPORTED FOR
7 YEARS FROM DATE OF PAYMENT. ALL OTHER PUBLIC RECORD INFORMATION, INCLUDING
DISCHARGED CHAPTER 13 BANKRUPTCY AND ANY ACCOUNTS CONTAINING ADVERSE
INFORMATION, REMAIN FOR UP TO 7 YEARS.

OREGON FEDERAL COURT-EUG PH#: (541) 465-6448
151 W 7TH RM300, , EUGENE, OR  97401
DOCKET #69866133     FEDERAL DISTRICT      CHAPTER 7 BANKRUPTCY DISCHARGED
PLAINTIFF ATTORNEY: MARC W GUNN                     ENTERED:  10/1998
                                 ASSETS:    $0  PAID:     06/2000
                                               LIAB:        $0


MARION CIRC CT-SALEM  PH#: NOT AVAILABLE
100 HIGH STREET NE, , SALEM, OR  97301
DOCKET #98C15189     CIRCUIT COURT        CIVIL JUDGMENT
PLAINTIFF:          CASCADE COLLECTIONS         ENTERED:  08/1998
                                               AMOUNT:    $3900
```

EXHIBIT ___D___

PAGE __1__ OF __11__

REPORT ON ROVERS, IDA MARIA                                    PAGE 2 OF 7
SOCIAL SECURITY NUMBER: XXX-XX-0552    TRANSUNION FILE NUMBER: 129539536

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION).

    DEPT OF JUSTICE CHILD SU  PH#: (503) 378-5567
    PO BOX 14013, SALEM, OR 97309-4013
    ACCT# 47FC8929C41                         OPEN ACCOUNT
                                              CHILD SUPPORT
      UPDATED  06/2004  BALANCE:      $0      INDIVIDUAL ACCOUNT
      OPENED   10/2003  MOST OWED:    $0
      PAID OFF 03/2004                        Not in coll.
       >STATUS AS OF 06/2004: COLLECTION ACCOUNT<

    >COLLECTION RECORD<
    CAPITAL CREDIT AND COLLE  PH#: (503) 297-4488    —discharged in bk
    10200 SW EASTRIDGE ST, SUITE 201, PORTLAND, OR 97225-5064
    ACCT# 326742                              OPEN ACCOUNT
    >PLACED FOR COLLECTION<
      UPDATED  02/2001  BALANCE:    $136      INDIVIDUAL ACCOUNT
      PLACED   11/2000  MOST OWED:  $136      MED1 LLOYD CENTER X RAY
       >STATUS AS OF 02/2001: COLLECTION ACCOUNT<

    >COLLECTION RECORD<
    AMO RECOVERIES  PH#: (425) 258-4111    —discharged in bk
    PO BOX 45, EVERETT, WA 98206
    ACCT# 795996                              OPEN ACCOUNT
    >PLACED FOR COLLECTION<
      UPDATED  08/1998  BALANCE:    $4936     INDIVIDUAL ACCOUNT
      PLACED   04/1998  MOST OWED:  $4800     AT T WIRELESS SERVICES
                        >PAST DUE:  $4936<
       >STATUS AS OF 08/1998: COLLECTION ACCOUNT<

    >COLLECTION RECORD<     —discharged in bk
    VALLEY CREDIT SVC  PH#: (503) 585-5651
    PO BOX 2046, SALEM, OR 97308-2046
    ACCT# 2264733                             OPEN ACCOUNT
    >PAID COLLECTION<
      UPDATED  06/2001  BALANCE:      $0      INDIVIDUAL ACCOUNT
      PLACED   02/2001  MOST OWED:  $153      MED1 KENNETH H LINDSEY  M D  P
      PAID OFF 05/2001
       >STATUS AS OF 06/2001: PAYMENT AFTER CHARGE OFF/COLLECTION<

    M.WARD/MWCC  PH#: NOT AVAILABLE
    PO BOX 29114, LENEXA, KS 66215
    ACCT# 81841839609                         REVOLVING ACCOUNT
    >CHAPTER 13 BANKRUPTCY<
      UPDATED  06/1999  BALANCE:      $0      INDIVIDUAL ACCOUNT
      OPENED   11/1996  MOST OWED:  $776      CREDIT LIMIT:        $0
      CLOSED   06/1998
       >STATUS AS OF 06/1999: WAGE EARNER OR SIMILAR PLAN<

EXHIBIT  D
PAGE  2  OF  11

REPORT ON ROVERS, IDA, MARIA                                        PAGE  3 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552      TRANSUNION FILE NUMBER:  129539536


PROVIDIAN  PH#: NOT AVAILABLE    *Not my debt* ✓
PO BOX 660490, DALLAS, TX 75266-0490
ACCT# 4559907314065007                      REVOLVING ACCOUNT
PURCHASED BY ANOTHER LENDER                  CREDIT CARD
   UPDATED  08/2004  BALANCE:        $0     AUTHORIZED ACCOUNT
   OPENED   06/2002  MOST OWED:    $1062    CREDIT LIMIT:    $1000
   PAID OFF 08/2004
  >STATUS AS OF 08/2004: 30 DAYS PAST DUE<
  >IN PRIOR 25 MONTHS FROM LAST UPDATE  1 TIME 30 DAYS LATE<


MCMAHANS OF REDDING  PH#: (530) 243-4535
2350 ATHENS AVE, REDDING, CA 96001
ACCT# 4627264                                REVOLVING ACCOUNT
>CHAPTER 13 BANKRUPTCY<                       CHARGE ACCOUNT
   UPDATED  07/2004  BALANCE:        $0     INDIVIDUAL ACCOUNT
   OPENED   01/1997  MOST OWED:       $0    CREDIT LIMIT:    $2000
   PAID OFF 11/1999
   STATUS AS OF 07/2004: PAID OR PAYING AS AGREED
  >IN PRIOR 48 MONTHS FROM LAST UPDATE  3 TIMES 30 DAYS LATE<


CITI CARDS  PH#: NOT AVAILABLE    *Not my debt* ✓
8725 W SAHARA AVE, MC02-02-03, THE LAKES, NV 89163-7802
ACCT# 983690465007                           REVOLVING ACCOUNT
                                             CHARGE ACCOUNT
   UPDATED  08/2004  BALANCE:        $0     AUTHORIZED ACCOUNT
   OPENED   04/1985  MOST OWED:    $6113    CREDIT LIMIT:    $6200
   PAID OFF 04/2004
   STATUS AS OF 08/2004: UNRATED
  >IN PRIOR 44 MONTHS FROM LAST UPDATE  1 TIME  60 DAYS,
   1 TIME  30 DAYS LATE<
  >MAXIMUM DELINQUENCY OF  60 DAYS OCCURRED IN  07/2004<

_____

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION


HOMESHOPCLUB/MBGA  PH#: NOT AVAILABLE
PO BOX 981026, EL PASO, TX 79998-1206
ACCT# 6044086010023736                       REVOLVING ACCOUNT
                                             CHARGE ACCOUNT
   UPDATED  08/2004  BALANCE:      $235     INDIVIDUAL ACCOUNT
   OPENED   06/2004  MOST OWED:     $235    PAY TERMS:  MINIMUM $15
                                             CREDIT LIMIT:     $300
   STATUS AS OF 08/2004: PAID OR PAYING AS AGREED
   IN PRIOR  2 MONTHS FROM LAST UPDATE NEVER LATE


CAPITAL ONE BANK  PH#: (800) 955-7070
4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
ACCT# 4862362300184929                       REVOLVING ACCOUNT
                                             CREDIT CARD
   UPDATED  08/2004  BALANCE:      $513     INDIVIDUAL ACCOUNT
   OPENED   03/2003  MOST OWED:     $547    PAY TERMS:  MINIMUM $15
   STATUS AS OF 08/2004: PAID OR PAYING AS AGREED
   IN PRIOR 17 MONTHS FROM LAST UPDATE NEVER LATE

EXHIBIT  D
PAGE  3  OF  11

WELLS FARGO HOME MORTGAG  PH#: NOT AVAILABLE
3476 STATEVIEW BLVD, MAC X7801-01X, FORT MILL, SC 29715
ACCT# 7080220981997                      MORTGAGE ACCOUNT
                                         CONVENTIONAL REAL ESTATE MTG
    UPDATED  08/2004   BALANCE:    $126141   INDIVIDUAL ACCOUNT
    OPENED   10/2002   MOST OWED:  $128975   PAY TERMS: 360 MONTHLY $1091
                                         FRD 989445356
    STATUS AS OF 08/2004: PAID OR PAYING AS AGREED
    IN PRIOR 18 MONTHS FROM LAST UPDATE NEVER LATE

CAPITAL ONE BANK  PH#: (800) 955-7070
4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
ACCT# 4862362441271452                   REVOLVING ACCOUNT
                                         CREDIT CARD
    UPDATED  08/2004   BALANCE:    $271   INDIVIDUAL ACCOUNT
    OPENED   05/2004   MOST OWED:  $308   PAY TERMS:  MINIMUM $15
    STATUS AS OF 08/2004: PAID OR PAYING AS AGREED
    IN PRIOR  3 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD BK   PH#: (800) 477-6000
PO BOX 98706, LAS VEGAS, NV 89193-8706
ACCT# 5488975002592403                   REVOLVING ACCOUNT
                                         CREDIT CARD
    UPDATED  07/2004   BALANCE:    $540   INDIVIDUAL ACCOUNT
    OPENED   05/2002   MOST OWED:  $620   PAY TERMS:  MINIMUM $16
                                         CREDIT LIMIT:     $500
    STATUS AS OF 07/2004: PAID OR PAYING AS AGREED
    IN PRIOR 26 MONTHS FROM LAST UPDATE NEVER LATE

CAPITAL ONE BANK  PH#: (800) 955-7070
4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
ACCT# 4862362336840189                   REVOLVING ACCOUNT
                                         CREDIT CARD
    UPDATED  07/2004   BALANCE:    $510   INDIVIDUAL ACCOUNT
    OPENED   07/2003   MOST OWED:  $549   PAY TERMS:  MINIMUM $15
    STATUS AS OF 07/2004: PAID OR PAYING AS AGREED
    IN PRIOR 12 MONTHS FROM LAST UPDATE NEVER LATE

FIRST PREMIER  PH#: (800) 987-5521
PO BOX 5114, SIOUX FALLS, SD 57117-5114
ACCT# 5433628710108196                   REVOLVING ACCOUNT
                                         CREDIT CARD
    UPDATED  01/2001                      AUTHORIZED ACCOUNT
    OPENED   10/2000   MOST OWED:  $316   CREDIT LIMIT:     $300
    STATUS AS OF 01/2001: PAID OR PAYING AS AGREED
    IN PRIOR  3 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD FINANCE CORP  PH#: (630) 617-7000
PO BOX 1547, CHESAPEAKE, VA 23327-1547
ACCT# 1603019693269608                   REVOLVING ACCOUNT
    UPDATED  05/1997                      JOINT ACCOUNT
    OPENED   01/1996   MOST OWED:    $0
    STATUS AS OF 05/1997: PAID OR PAYING AS AGREED

EXHIBIT___D____
PAGE__4__OF_11

```
REPORT ON ROVERS, IDA, MARIA                                    PAGE  5 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552    TRANSUNION FILE NUMBER:  129539536


HOUSEHOLD FINANCE CORP  PH#: (630) 617-7000
PO BOX 1547, CHESAPEAKE, VA 23327-1547
ACCT# 1603069400865428                      REVOLVING ACCOUNT
   UPDATED  01/1996   BALANCE:         $0   JOINT ACCOUNT
   OPENED   06/1994   MOST OWED:       $0
   CLOSED   01/1996
   STATUS AS OF 01/1996: PAID OR PAYING AS AGREED


AM PAC BKCRD  PH#: (503) 245-5595
1026 SW GREENBURG RD, STE 700, PORTLAND, OR 97223-5538
ACCT# 4017981200021800                      REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                   CREDIT CARD
   UPDATED  01/1996   BALANCE:         $0   AUTHORIZED ACCOUNT
   OPENED   01/1992   MOST OWED:     $794   CREDIT LIMIT:     $600
   PAID OFF 03/1995
   STATUS AS OF 01/1996: PAID OR PAYING AS AGREED


MEIER AND FRANK  PH#: (503) 242-3680
PO BOX 8021, LORAIN, OH 44055
ACCT# 10363533                              INSTALLMENT ACCOUNT
                                            INSTALLMENT SALES CONTRACT
   UPDATED  03/2004   BALANCE:         $0   JOINT ACCOUNT
   OPENED   05/1997   MOST OWED:       $0
   CLOSED   04/1998
   STATUS AS OF 03/2004: UNRATED


MEIER AND FRANK  PH#: (503) 242-3680
PO BOX 8021, LORAIN, OH 44055
ACCT# 10363533                              REVOLVING ACCOUNT
                                            CHARGE ACCOUNT
   UPDATED  03/2004   BALANCE:         $0   JOINT ACCOUNT
   OPENED   04/1988   MOST OWED:    $1305
   PAID OFF 11/1999
   STATUS AS OF 03/2004: UNRATED


OCWEN FEDERAL BANK  PH#: (800) 746-2936
12650 INGENUITY DR, ATTN: RESEARCH DEPT, ORLANDO, FL 32826
ACCT# 7218621                               MORTGAGE ACCOUNT
                                            CONVENTIONAL REAL ESTATE MTG
   UPDATED  07/1999   BALANCE:         $0   PARTICIPANT ON ACCOUNT
   OPENED   06/1997   MOST OWED:  $112000   PAY TERMS: 360 MONTHLY $978
   CLOSED   03/1998
   STATUS AS OF 07/1999: UNRATED
```

---

```
THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

SUBSCRIBER NAME                              INQUIRY TYPE    DATE
WELLS FARGO BANK NA VIA FAC/RELS REPORTING SERV  INDIVIDUAL  09/08/2004
   4550 SW MACADAM AV, PORTLAND, OR 97201  PH#: (866) 646-8448
   PERMISSIBLE PURPOSE = CREDIT TRANSACTION
CAPITAL ONE BANK                             INDIVIDUAL      05/25/2004
   10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE
MBNA AMERICA                                 INDIVIDUAL      04/15/2004
   PO BOX 17054, WILMINGTON, DE 19884  PH#: NOT AVAILABLE
```

EXHIBIT D
PAGE 5 OF 11

| SUBSCRIBER NAME | INQUIRY TYPE | DATE |
|---|---|---|
| MCMAHANS FURNITURE | INDIVIDUAL | 03/12/2004 |

   2350 ATHENS AVE., REDDING, CA 96001  PH#: (530) 243-3372
   PERMISSIBLE PURPOSE = COLLECTION

| GENISYS FINANCIAL CO VIA FAC/ERS-POWAY | AUTHORIZED | 11/04/2003 |

   12395 FIRST AMERIC, POWAY, CA 92064  PH#: (800) 637-2422
   PERMISSIBLE PURPOSE = CREDIT TRANSACTION

| CAPITAL ONE BANK | INDIVIDUAL | 07/23/2003 |

   10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE

| CAPITAL ONE BANK | INDIVIDUAL | 03/23/2003 |

   10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE

| CHASE MANHATTAN BANK | INDIVIDUAL | 12/31/2002 |

   4915 INDEPENDENCE , TAMPA, FL 33634  PH#: NOT AVAILABLE

| AMERICAN FAMILY INS. VIA AMERICAN FAMILY INS | INDIVIDUAL | 10/10/2002 |

   PO BOX 3328, ENGLEWOOD, CO 80155  PH#: (800) 374-1111
   PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING

| FARMERS INSURANCE GROUP | INDIVIDUAL | 09/16/2002 |

   4700 WILSHIRE BLVD, LOS ANGELES, CA 90010  PH#: (323) 932-3406
   PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING

| ALLSTATE SEATTLE RGN | INDIVIDUAL | 09/16/2002 |

   P O BOX 2000, CONWAY, AR 72032  PH#: (501) 342-2929
   PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING

---

COMPANIES THAT REQUEST YOUR CREDIT REPORT MUST FIRST PROVIDE CERTAIN
INFORMATION ABOUT YOU. WITHIN THE PAST 90 DAYS, COMPANIES THAT REQUESTED YOUR
REPORT PROVIDED THE FOLLOWING INFORMATION.

SUBSCRIBER NAME                                    DATE
WELLS FARGO BANK NA VIA FAC/RELS REPORTING SERV    09/08/2004
IDENTIFYING INFORMATION THEY PROVIDED:
ROVERS,IDA,M
1  2052 LONE FIR CT. SE ,SALEM,OR 97306

---

THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED
INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE.
THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT, AND THESE INQUIRIES ARE NOT SEEN
BY ANYONE BUT YOU.

SUBSCRIBER NAME                                    DATE
PROGRESSIVE INSURANCE                              10/2002
   6300 WILSON MILLS RD, CLEVELAND, OH 44143-2109  PH#: (440) 446-3160
HOMEOWNERS                                         11/2002
   4501 CIRCLE 75 PAR, SUITE F6220, ATLANTA, GA 30339  PH#: NOT AVAILABLE
AIG                                                11/2002
   505 CARR RD, WILMINGTON, DE 19809-2800  PH#: NOT AVAILABLE
AMERICAN EXPRESS PROPERT                           12/2002
   1400 LOMBARDI AVE, GREEN BAY, WI 54304-3922  PH#: NOT AVAILABLE
AIG                                                05/2003
   505 CARR RD, WILMINGTON, DE 19809-2800  PH#: NOT AVAILABLE
MERRICK FINANCIAL                                  09/2003
   6056 FASHIONSQUARE DR, SUITE 201
   SALT LAKE CTY, UT 84107-7355  PH#: NOT AVAILABLE

EXHIBIT D

PAGE 6 OF 11

```
REPORT ON ROVERS, IDA, MARIA                              PAGE  7 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552       TRANSUNION FILE NUMBER:  129539536


    SUBSCRIBER NAME                         DATE
    GENISYS FINANCIAL CORPOR                09/2003
      5405 MOREHOUSE DR, SAN DIEGO, CA 92121-4722  PH#: NOT AVAILABLE
    AMERIQUEST MORTAGE COMPA                04/2004
      1100 TOWN & COUNTR, ORANGE, CA 92868  PH#: NOT AVAILABLE
    BLAIR CORPORATION                       04/2004
      220 HICKORY ST, WARREN, PA 16365  PH#: NOT AVAILABLE
    ACE INA                                 04/2004
      5404 CYPRESS CENTER DR, TAMPA, FL 33609-1044  PH#: NOT AVAILABLE
    HOMEOWNERS                              05/2004
      4501 CIRCLE 75 PAR, SUITE F6220, ATLANTA, GA 30339  PH#: NOT AVAILABLE
    FIRST PREMIER                           06/2004
      PO BOX 5114, SIOUX FALLS, SD 57117-5114  PH#: (800) 584-7097
```

```
THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS
TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW).
```

```
    SUBSCRIBER NAME                         DATE
    GEICO INS CO                            07/2004
      ONE GEICO, FREDERICKSBURG, VA 22412  PH#: NOT AVAILABLE
    PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING
    FEDERAL HOME LOAN MORTGA                12/2002
      8200 JONES BRANCH DR, MC LEAN, VA 22102-3107  PH#: (800) 373-3343
```

```
SHOULD YOU WISH TO INITIATE AN INVESTIGATION, YOU MAY DO SO,

AT OUR WEB-SITE:
WWW.TRANSUNION.COM/INVESTIGATE

BY MAIL, AFTER COMPLETING AND RETURNING THE ENCLOSED INVESTIGATION
REQUEST FORM TO:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

BY PHONE:
1-800-916-8800
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AVAILABLE.
```

---

IMPORTANT

---

```
INVESTIGATIONS ARE CONCLUDED WITHIN 30 DAYS FROM THE DATE WE RECEIVE
YOUR REQUEST. A REPORT REFLECTING THE RESULTS OF THE INVESTIGATION WILL
BE SENT TO YOU BY U.S. MAIL AT THE CONCLUSION OF THE INVESTIGATION.
```

EXHIBIT ___D___

PAGE ___7___ OF __11__

**TransUnion.**                    **Request for Investigation**                    File Number: 129539536-001

Should you wish to initiate an investigation, you may do so by completing and returning this form to the address listed below.

Upon receipt of your request, an investigation will be initiated and completed within 30 days. Upon completion, you will receive written notice of the results of your investigation. We recommend that you do not apply for credit while your request for investigation is pending.

If any of this information in the box on the left is incorrect or incomplete, write the corrections in the boxes on the right.

| | |
|---|---|
| **Name:**<br>ROVERS, IDA, MARIA | **Name:** |
| **Other Name(s):**<br>ADELS,IDA,N | **Other Name(s):** |
| **Address:**<br>2052 SE LONE FIR CT<br>SALEM, OR 97306 | **Address:** |
| **Date of Birth:**<br>07/1959 | **Date of Birth:** |
| **Driver's License Number:** | **Driver's License Number:** |
| **Telephone Number(s):**<br>581-1727 | **Telephone Number(s):** |
| **Employer:** | **Employer:** |

Tell us what you disagree with on your credit report. Use the additional space on the back of this form if necessary.

| Company Name: | | Company Name: | |
|---|---|---|---|
| Account #: | | Account #: | |

| The reason I disagree: | | The reason I disagree: | |
|---|---|---|---|
| ☐ This is not my account | | ☐ This is not my account | |
| ☐ I have never paid late | | ☐ I have never paid late | |
| ☐ This account is in bankruptcy | | ☐ This account is in bankruptcy | |
| ☐ This account is closed | | ☐ This account is closed | |
| ☐ I have paid this account in full | | ☐ I have paid this account in full | |
| ☐ I paid this before it went to collection or before it was charged off | | ☐ I paid this before it went to collection or before it was charged off | |
| ☐ Other: | | ☐ Other: | |

Signature:

**Return this form to:**

TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

EXHIBIT  D
PAGE  8  OF  11

File Number: 129539536-001

Additional space for ❷ Tell us what you disagree with on your credit report.

| Company Name: | |
|---|---|
| Account #: | |

The reason I disagree:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☐ Other: _____

| Company Name: | |
|---|---|
| Account #: | |

The reason I disagree:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☐ Other: _____

| Company Name: | |
|---|---|
| Account #: | |

The reason I disagree:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☐ Other: _____

| Company Name: | |
|---|---|
| Account #: | |

The reason I disagree:
- ☐ This is not my account
- ☐ I have never paid late
- ☐ This account is in bankruptcy
- ☐ This account is closed
- ☐ I have paid this account in full
- ☐ I paid this before it went to collection or before it was charged off
- ☐ Other: _____

❺ Optional: Write any additional comments. For example, tell us if you have any corrections to your previous address or previous employer.

Additional Comments:
_____
_____
_____

EXHIBIT____ D
PAGE___9___ of 11

To investigate your request, we will contact the source of the disputed information. Each source will be told the nature of your dispute and will be asked to verify the accuracy and/or completeness of the information they reported.

Side 2

VTUEDRB

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) is designed to promote accuracy, fairness, and privacy of information in the files of every "consumer reporting agency" (CRA). Most CRAs are credit bureaus that gather and sell information about you -- such as if you pay your bills on time or have filed bankruptcy -- to creditors, employers, landlords, and other businesses. You can find the complete text of the FCRA, 15 U.S.C. §§1681-1681u, at the Federal Trade Commission's web site *(http://www.ftc.gov)*. The FCRA gives you specific rights, as outlined below. You may have additional rights under state law. You may contact a state or local consumer protection agency or a state attorney general to learn those rights.

♦ **You must be told if information in your file has been used against you.** Anyone who uses information from a CRA to take action against you -- such as denying an application for credit, insurance, or employment -- must tell you, and give you the name, address, and phone number of the CRA that provided the consumer report.

♦ **You can find out what is in your file.** At your request, a CRA must give you the information in your file, and a list of everyone who has requested it recently. There is no charge for the report if a person has taken action against you because of information supplied by the CRA, if you request the report within 60 days of receiving notice of the action. You also are entitled to one free report every twelve months upon request if you certify that (1) you are unemployed and plan to seek employment within 60 days, (2) you are on welfare, or (3) your report is inaccurate due to fraud. Otherwise, a CRA may charge you up to nine dollars ($9.00).

♦ **You can dispute inaccurate information with the CRA.** If you tell a CRA that your file contains inaccurate information, the CRA must investigate the items (usually within 30 days) by presenting to its information source all relevant evidence you submit, unless your dispute is frivolous. The source must review your evidence and report its findings to the CRA. (The source also must advise national CRAs -- to which it has provided the data -- of any error.) The CRA must give you a written report of the investigation, and a copy of your report if the investigation results in any change. If the CRA's investigation does not resolve the dispute, you may add a brief statement to your file. The CRA must normally include a summary of your statement in future reports. If an item is deleted or a dispute statement is filed, you may ask that anyone who has recently received your report be notified of the change.

♦ **Inaccurate information must be corrected or deleted.** A CRA must remove or correct inaccurate or unverified information from its files, usually within 30 days after you dispute it. **However, the CRA is not required to remove accurate data from your file unless it is outdated (as described below) or cannot be verified.** If your dispute results in any change to your report, the CRA cannot reinsert into your file a disputed item unless the information source verifies its accuracy and completeness. In addition, the CRA must give you a written notice telling you it has reinserted the item. The notice must include the name, address and phone number of the information source.

♦ **You can dispute inaccurate items with the source of the information.** If you tell anyone -- such as a creditor who reports to a CRA -- that you dispute an item, they may not then report the information to a CRA without including a notice of your dispute. In addition, once you've notified the source of the error in writing, it may not continue to report the information if it is, in fact, an error.

EXHIBIT____ D

PAGE____ 10 OF 11

◆ **Outdated information may not be reported.** In most cases, a CRA may not report negative information that is more than seven years old; ten years for bankruptcies.

◆ **Access to your file is limited.** A CRA may provide information about you only to people with a need recognized by the FCRA -- usually to consider an application with a creditor, insurer, employer, landlord, or other business.

◆ **Your consent is required for reports that are provided to employers, or reports that contain medical information.** A CRA may not give out information about you to your employer, or prospective employer, without your written consent. A CRA may not report medical information about you to creditors, insurers, or employers without your permission.

◆ **You may choose to exclude your name from CRA lists for unsolicited credit and insurance offers.** Creditors and insurers may use file information as the basis for sending you unsolicited offers of credit or insurance. Such offers must include a toll-free phone number for you to call if you want your name and address removed from future lists. If you call, you must be kept off the lists for two years. If you request, complete, and return the CRA form provided for this purpose, you must be taken off the lists indefinitely.

◆ **You may seek damages from violators.** If a CRA, a user or (in some cases) a provider of CRA data, violates the FCRA, you may sue them in state or federal court.

The FCRA gives several different federal agencies authority to enforce the FCRA:

| FOR QUESTIONS OR CONCERNS REGARDING: | PLEASE CONTACT: |
|---|---|
| CRAs, creditors and others not listed below | Federal Trade Commission<br>Consumer Response Center - FCRA<br>Washington, DC 20580 *1-877-FTC-HELP |
| National banks, federal branches/agencies of foreign banks<br>(word "National" or initials "N.A." appear in or after bank's name) | Office of the Comptroller of the Currency<br>Compliance Management, Mail Stop 6-6<br>Washington, DC 20219 *800-613-6743 |
| Federal Reserve System member banks (except national banks, and federal<br>branches/agencies of foreign banks) | Federal Reserve Board<br>Division of Consumer & Community Affairs<br>Washington, DC 20551 *202-452-3693 |
| Savings associations and federally chartered savings banks<br>(word "Federal" or initials "F.S.B." appear in federal institution's name) | Office of Thrift Supervision<br>Consumer Programs<br>Washington, DC 20552 *800-842-6929 |
| Federal credit unions<br>(words "Federal Credit Union" appear in institution's name) | National Credit Union Administration<br>1775 Duke Street<br>Alexandria, VA 22314 *703-518-6360 |
| State-chartered banks that are not members of the Federal Reserve System | Federal Deposit Insurance Corporation<br>Division of Compliance & Consumer Affairs<br>Washington, DC 20429  1-877-275-3342 |
| Air, surface, or rail common carriers regulated by former Civil Aeronautics<br>Board or Interstate Commerce Commission | Department of Transportation<br>Office of Financial Management<br>Washington, DC 20590 *202-366-1306 |
| Activities subject to the Packers and Stockyards Act, 1921 | Department of Agriculture<br>Office of Deputy Administrator - GIPSA<br>Washington, DC 20250 *202-720-7051 |



# TransUnion

## Dispute Online

### Thank you for submitting your dispute

We have received your dispute request. The information you provided
appears at the bottom of this page.

### Once you submit your dispute...

- TransUnion will contact the party that provided the information and
  request it to verify the accuracy of the information.
- The party will then inform TransUnion of any changes that should be
  made to the information.
- TransUnion will mail you an updated copy of your credit report, reflecting
  the results of the investigation. We will send this to you via U.S. mail
  within 30 days of receiving your initial request. Mail delivery typically
  takes 3-5 business days.

If you are not satisfied with the resolution of the investigation, you may add a
consumer statement to your TransUnion credit report. This is a section of your
file where you can provide additional explanation. If you would like, we can
even help you write this statement.

When you have a dispute pending, we recommend that you not apply for
credit, as the results of the investigation may affect a new credit decision.

**Please print this page for your records.** To print, right click on this page
and select **Print**.

---

### Dispute Details

**Personal Information:**

| | |
|---|---|
| Name: | **Ida Maria Rovers** |
| Social Security Number: | **564370552** |
| Date of Birth: | **07/12/1959** |
| Home Phone Number: | **(503) 581- 1727** |
| Employer's Name: | **State Of Oregon** |
| Email Address: | **roversfamily@msn.com** |

---

**Current Address:**

| | |
|---|---|
| Address: | **2052 Southeast Lone Fir Court Salem, Oregon, 97306** |

**EXHIBIT** _E_
**PAGE** _1_ **OF** _2_

---

**Previous Address:**

Address:

**Credit Report File Number:**

File Number:               **129539536**

**Personal Information Corrections:**

-- no corrections have been entered --

**Disputes:**

1. **Providian** , account **4559907314065007**: This is not my account

2. **CITI CARDS** , account **983690465007**: This is not my account

3. **Dept. Of Justice Child Support** , account **47FC8929C41**: Other: This account is not now or ever been in collections. No Balance due. Never Late

4. **Capital Credit and Collections** , account **326742**: Other:  Included in Bankruptcy case #698-66133-aer7. Discharge 06/03/2000

5. **AMO Recoveries (AT&T Wireless)** , account **795996**: Other: Included in Bankruptcy case #698-66133-aer7. Discharge 06/03/2000

6. **Valley Credit Services** , account **2264733**: Other:  Included in Bankruptcy case #698-66133-aer7. Discharge 06/03/2000

7. **Cascade Collections** , account **98C15189**: Other:  This judgement was Included in Bankruptcy case #698-66133-aer7. Discharge 06/03/2000

**Comments:**

-- no comments have been entered --

ok   -- close this window

Copyright © 2001-2004 Trans Union LLC | privacy policy | terms of use | site map

EXHIBIT _E_
PAGE _2_ OF _2_







Equifax Online Dispute

# Your Investigation Has Begun!

**Please Wait, transmitting your request...**

Use confirmation number **4282039022** for future reference

At anytime during this investigation, you may check on the status of your request by
returning to our **"Start an Investigation Request"** page on the Equifax web site and
entering the Confirmation Number printed on your Equifax Credit Report.

◄ Previous | ► Return to Online Dispute Home

Copyright Equifax 2004 | Privacy Policy | Terms of Use | FCRA

EXHIBIT___F_____

PAGE___|___OF___|



# Personal Credit Report



[X] View report details

Su

**Experian credit report prepared for IDA M ROVERS**

Your report number is **3172797507**

Report date: October 08, 2004



▸ Credit Edu
▸ Know your
▸ Credit Frau
▸ Print your

## Potentially negative items

what does potentially negative mean? | **what if I feel there is an error?**

Public Records/Credit Items

**PUBLIC RECORDS**: Click on the account name to review details

US BKPT CT OR EUGENE ●
**Identification Number:** 69866133AER/ **Date Filed:** 10/15/1998
**Status:** Chapter 7 bankruptcy discharged.

❶ *This item is currently being investigated.*

MARION CO CIRCUIT CT ●
**Identification Number:** 98C15189/ **Date Filed:** 08/18/1998
**Status:** Civil claim judgment.

**CREDIT ITEMS**: Click on the account name to review details

❶ *This item is currently being investigated.*

CAPITAL CREDIT & COLL ●
**Account Number:** 326742 / **Date Opened**: 11/2000
**Status:** Paid/Collection account.

❶ *This item is currently being investigated.*

ER SOLUTIONS ●
**Account Number:** 1292381 / **Date Opened**: 09/1998
**Status:** Collection account.

❶ *This item is currently being investigated.*

EXHIBIT G
PAGE 1 OF 2

FIRST USA BANK N A ●

**Account Number:** 441716472590.... / **Date Opened:** 07/1998
**Status:** Account charged off/Past due 60 days.

❗ *This item is currently being investigated.*

**OCWEN FEDERAL BANK/QC** ●
**Account Number:** 721.... / **Date Opened:** 06/1997
**Status:** Paid/Foreclosure proceedings started.

❗ *This item is currently being investigated.*

**PROVIDIAN FINANCIAL** ●
**Account Number:** 455990731406.... / **Date Opened:** 06/2002
**Status:** Transferred/Past due 30 days.

**EXHIBIT** 6
**PAGE** 2 **OF** 2

COPY

```
*** 129539536-004 ***
P.O. BOX 2000
Chester, PA 19022-2000
```

RETURN SERVICE REQUESTED

OCTOBER 11, 2004                    FILE NUMBER 129539536


```
IDA MARIA ROVERS
2052 SE LONE FIR CT
SALEM, OR 97306
```

IIIıIıIııIııIıIIıIIıIIııIIııIIıI

Thank you for contacting TransUnion. Our goal is to maintain
complete and accurate information on consumer credit reports. We
have provided the information below in response to your request.

Re: Need Additional Information

We are currently investigating the bankruptcy and/or your
accounts included in a bankruptcy. To expedite this
investigation, please send us copies of the discharge paper for
the bankruptcy and the list or schedule of creditors included in
your bankruptcy.

If you have any additional questions or concerns, please contact
TransUnion at the address shown below, or visit us on the web at
www.transunion.com for general information. When contacting our
office, please provide your current file number 129539536.


```
P.O. BOX 2000
CHESTER, PA 19022-2000
```

PAGE 01

10120400000316 1   DT

EXHIBIT  H
PAGE ___ OF ___



# experian

**Report Number:**
**3172797507**

Online Personal Credit Report from Experian for
IDA M ROVERS

Report Date: November 07, 2004

Index:

- Summary of Investigation Results
- Details of Investigation Results
- Important Message from Experian



The following shows the revision(s) made to your file as a result of our investigation. If you still question an item, then you contact the source of the information personally.

## Summary of Investigation Results

### PUBLIC RECORDS

**MARION CO CIRCUIT CT**
Identification Number: 98C1....                    Outcome: Remains

### CREDIT ITEMS

**ER SOLUTIONS**
Account Number: 129....                            Outcome: Deleted
**FIRST USA BANK N A**
Account Number: 441716472590....                   Outcome: Remains
**PROVIDIAN FINANCIAL**
Account Number: 455990731406....                   Outcome: Remains
**CAPITAL CREDIT & COLL**
Account Number: 32....                              Outcome: Remains
**OCWEN FEDERAL BANK/QC**
Account Number: 721....                             Outcome: Updated

## Details of Investigation Results

**Index:**    -Potentially Negative Items

## Potentially Negative Items

### Credit Items

#### OCWEN FEDERAL BANK/QC
Address:                    Account Number:
12650 INGENUITY DR          721....
ORLANDO, FL  32826

Status: Discharged through Bankruptcy Chapter 7/Never late.    Status Details:
                                                                This item was verified and updated on 10-2004.

EXHIBIT I
PAGE 1 OF 2

Date Opened:        Type:            Credit Limit/Original Amount:
06/1997             Installment      $112,000

| | | |
|---|---|---|
| Reported Since: | Terms: | High Balance: |
| 11/1997 | 30 Years | NA |
| Date of Status: | Monthly Payment: | Recent Balance: |
| 10/1998 | $0 | $0 /paid as of 08/1999 |
| Last Reported: | Responsibility: | Recent Payment: |
| 08/1999 | Joint with DUANE E ADELS | $0 |

Account History:
Debt included in Chapter 7 Bankruptcy 10/15/1998

## Important Message from Experian

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). A
do not generally collect such information, it could appear in the name of a data furnisher (i.e., "Cancer Center") that rep
payment history to us. If so, those names display in your report, but in reports to others they display only as MEDICAL F
DATA. Consumer statements included on your report at your request that contain medical information are disclosed to c

## Contacting Us

1 800 493 1058
PO Box 9556
Allen, TX 75013
Monday - Friday, 9:00am to 5:00pm in your time zone.

## End of Investigation Results
©Experian 2004. All rights reserved.
Experian and the Experian marks herein are service marks or registered trademarks of Experian.

EXHIBIT___I___
PAGE___2_OF_2___

```
*** 129539536-005 ***                    YOUR TRANSUNION FILE NUMBER:  129539536
P.O. Box 2000                            PAGE  1 OF  7
Chester, PA 19022                        DATE THIS REPORT PRINTED: 11/09/2004

RETURN SERVICE REQUESTED                 SOCIAL SECURITY NUMBER: XXX-XX-0552
                                         BIRTH DATE:             07/1959
                                         YOU HAVE BEEN IN OUR FILES SINCE: 10/1987
                                         PHONE: 581-1727
                                         AKA: ADELS,IDA,M
```

CONSUMER REPORT FOR:

```
     *****
     ROVERS, IDA, MARIA
     2052 SE LONE FIR CT
     SALEM, OR 97306
```

Ilbllolmlmllllolloolllol

FORMER ADDRESSES REPORTED:

  11034 SE MILL CREEK RD, AUMSVILLE, OR 97325
  5190 SE DELANEY RD, TURNER, OR 97392

---

<div align="center">INVESTIGATION RESULTS</div>

---

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| DEPT OF JUSTICE CHILD SU | # 47FC8929C41 | DELETED |
| CAPITAL CREDIT AND COLLE | # 326742 | NEW INFORMATION BELOW |
| AMO RECOVERIES | # 795996 | DELETED |
| VALLEY CREDIT SVC | # 2264733 | DELETED |
| PROVIDIAN | # 4559907314065007 | DELETED |
| CITI CARDS | # 983690465007 | DELETED |
| CIVIL JUDGMENT | DOCKET #98C15189 | NEW INFORMATION BELOW |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED
ABOVE. YOUR UPDATED CREDIT INFORMATION FOLLOWS.

---

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION.
YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS
FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT
BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS
WORD IS NOT DISPLAYED TO ANYONE BUT YOU EXCEPT WHERE PERMITTED BY LAW.

EXHIBIT ___J___
PAGE __1_ OF _8_

REPORT ON ROVERS, IDA, M̶‑̶A̶                                    PAGE  2 OF  7
SOCIAL SECURITY NUMBER: X̶X̶X̶-XX-0552        TRANSUNION FILE NUMBER:  129539536

## YOUR CREDIT INFORMATION

THE FOLLOWING ITEMS OBTAINED FROM PUBLIC RECORDS APPEAR ON YOUR REPORT. YOU MAY
BE REQUIRED TO EXPLAIN PUBLIC RECORD ITEMS TO POTENTIAL CREDITORS.  ANY BANK-
RUPTCY INFORMATION WILL REMAIN ON YOUR REPORT FOR 10 YEARS FROM THE DATE OF
FILING. UNPAID TAX LIENS MAY GENERALLY BE REPORTED FOR AN INDEFINITE PERIOD OF
TIME DEPENDING ON YOUR STATE OF RESIDENCE. PAID TAX LIENS MAY BE REPORTED FOR
7 YEARS FROM DATE OF PAYMENT. ALL OTHER PUBLIC RECORD INFORMATION, INCLUDING
DISCHARGED CHAPTER 13 BANKRUPTCY AND ANY ACCOUNTS CONTAINING ADVERSE
INFORMATION, REMAIN FOR UP TO 7 YEARS.

OREGON FEDERAL COURT-EUG  PH#: (541) 465-6448
151 W 7TH RM300, , EUGENE, OR  97401
DOCKET #69866133     FEDERAL DISTRICT       CHAPTER 7 BANKRUPTCY DISCHARGED
PLAINTIFF ATTORNEY: MARC W GUNN                        ENTERED:  10/1998
                                      ASSETS:     $0  PAID:   06/2000
                                                        LIAB:       $0


MARION CIRC CT-SALEM  PH#: NOT AVAILABLE
100 HIGH STREET NE, , SALEM, OR  97301
DOCKET #98C15189     CIRCUIT COURT          CIVIL JUDGMENT
PLAINTIFF:          CASCADE COLLECTIONS INC            ENTERED:  08/1998
PLAINTIFF ATTORNEY: DBA ADELS TRUCKING                AMOUNT:   $3900


THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION).

>COLLECTION RECORD<
 CAPITAL CREDIT AND COLLE  PH#: (503) 297-4488
 10200 SW EASTRIDGE ST, SUITE 201, PORTLAND, OR 97225-5064
 ACCT# 326742                       OPEN ACCOUNT
>PAID COLLECTION<
     UPDATED  11/2004   BALANCE:        $0    INDIVIDUAL ACCOUNT
     PLACED   11/2000   MOST OWED:     $136   MED1 LLOYD CENTER X RAY
    >STATUS AS OF 11/2004: PAYMENT AFTER CHARGE OFF/COLLECTION<


 MCMAHANS OF REDDING  PH#: (530) 243-4535
 2350 ATHENS AVE, REDDING, CA 96001
 ACCT# 4627264                       REVOLVING ACCOUNT
>CHAPTER 13 BANKRUPTCY<                CHARGE ACCOUNT
     UPDATED  08/2004   BALANCE:        $0    INDIVIDUAL ACCOUNT
     OPENED   01/1997   MOST OWED:      $0    CREDIT LIMIT:     $2000
     PAID OFF 11/1999
     STATUS AS OF 08/2004: PAID OR PAYING AS AGREED
    >IN PRIOR 48 MONTHS FROM LAST UPDATE  4 TIMES 30 DAYS LATE<


THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

EXHIBIT  )
PAGE  2  OF  8

REPORT ON ROVERS, IDA, MARIA                              PAGE  3 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552       TRANSUNION FILE NUMBER:  129539536


CARE CREDIT CORE/GECCCC   PH#: (937) 534-6950
P.O. BOX 276, MAIL CODE OH 3-425, DAYTON, OH 45401
ACCT# 6019180350075855                    REVOLVING ACCOUNT
                                          CHARGE ACCOUNT
     UPDATED  10/2004   BALANCE:      $416   INDIVIDUAL ACCOUNT
     OPENED   07/2004   MOST OWED:    $416   PAY TERMS:  MINIMUM $12
                                          CREDIT LIMIT:      $500
     STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
     IN PRIOR  3 MONTHS FROM LAST UPDATE NEVER LATE


HOMESHOPCLUB/MBGA   PH#: NOT AVAILABLE
PO BOX 981026, EL PASO, TX 79998-1206
ACCT# 6044086010023736                    REVOLVING ACCOUNT
                                          CHARGE ACCOUNT
     UPDATED  10/2004   BALANCE:      $255   INDIVIDUAL ACCOUNT
     OPENED   06/2004   MOST OWED:    $275   PAY TERMS:  MINIMUM $15
                                          CREDIT LIMIT:      $300
     STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
     IN PRIOR  4 MONTHS FROM LAST UPDATE NEVER LATE


CAPITAL ONE BANK  PH#: (800) 955-7070
4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
ACCT# 4862362300184929                    REVOLVING ACCOUNT
                                          CREDIT CARD
     UPDATED  10/2004   BALANCE:      $486   INDIVIDUAL ACCOUNT
     OPENED   03/2003   MOST OWED:    $547   PAY TERMS:  MINIMUM $15
     STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
     IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE


CAPITAL ONE BANK  PH#: (800) 955-7070
4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
ACCT# 4862362336840189                    REVOLVING ACCOUNT
                                          CREDIT CARD
     UPDATED  10/2004   BALANCE:      $501   INDIVIDUAL ACCOUNT
     OPENED   07/2003   MOST OWED:    $550   PAY TERMS:  MINIMUM $15
     STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
     IN PRIOR 15 MONTHS FROM LAST UPDATE NEVER LATE


WELLS FARGO HOME MORTGAG  PH#: NOT AVAILABLE
3476 STATEVIEW BLVD, MAC X7801-01X, FORT MILL, SC 29715
ACCT# 7080220981997                       MORTGAGE ACCOUNT
                                          CONVENTIONAL REAL ESTATE MTG
     UPDATED  10/2004   BALANCE:    $125861   INDIVIDUAL ACCOUNT
     OPENED   10/2002   MOST OWED:  $128975   PAY TERMS: 360 MONTHLY $1091
                                          FRD 989445356
     STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
     IN PRIOR 20 MONTHS FROM LAST UPDATE NEVER LATE


CAPITAL ONE BANK  PH#: (800) 955-7070
4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
ACCT# 4862362441271452                    REVOLVING ACCOUNT
                                          CREDIT CARD
     UPDATED  10/2004   BALANCE:      $297   INDIVIDUAL ACCOUNT
     OPENED   05/2004   MOST OWED:    $335   PAY TERMS:  MINIMUM $15
     STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
     IN PRIOR  5 MONTHS FROM LAST UPDATE NEVER LATE

                              11100400000481 3/8  DT

                              EXHIBIT  J
                              PAGE  3 OF  8

REPORT ON ROVERS, IDA, MARIA                                    PAGE 4 OF 7
SOCIAL SECURITY NUMBER: XXX-XX-0552        TRANSUNION FILE NUMBER: 129539536


HOUSEHOLD BK  PH#: (800) 477-6000
PO BOX 98706, LAS VEGAS, NV 89193-8706
ACCT# 5488975002592403                    REVOLVING ACCOUNT
                                          CREDIT CARD
    UPDATED  09/2004   BALANCE:     $526  INDIVIDUAL ACCOUNT
    OPENED   05/2002   MOST OWED:   $620  PAY TERMS:  MINIMUM $16
                                          CREDIT LIMIT:      $500
    STATUS AS OF 09/2004: PAID OR PAYING AS AGREED
    IN PRIOR 28 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD FINANCE CORP  PH#: (630) 617-7000
PO BOX 1547, CHESAPEAKE, VA 23327-1547
ACCT# 1603019693269608                    REVOLVING ACCOUNT
    UPDATED  05/1997                       JOINT ACCOUNT
    OPENED   01/1996   MOST OWED:      $0
    STATUS AS OF 05/1997: PAID OR PAYING AS AGREED

HOUSEHOLD FINANCE CORP  PH#: (630) 617-7000
PO BOX 1547, CHESAPEAKE, VA 23327-1547
ACCT# 1603069400865428                    REVOLVING ACCOUNT
    UPDATED  01/1996   BALANCE:       $0   JOINT ACCOUNT
    OPENED   06/1994   MOST OWED:     $0
    CLOSED   01/1996
    STATUS AS OF 01/1996: PAID OR PAYING AS AGREED

AM PAC BKCRD  PH#: (503) 245-5595
1026 SW GREENBURG RD, STE 700, PORTLAND, OR 97223-5538
ACCT# 4017981200021800                    REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                 CREDIT CARD
    UPDATED  01/1996   BALANCE:       $0   AUTHORIZED ACCOUNT
    OPENED   01/1992   MOST OWED:   $794   CREDIT LIMIT:      $600
    PAID OFF 03/1995
    STATUS AS OF 01/1996: PAID OR PAYING AS AGREED

OCWEN FEDERAL BANK  PH#: (800) 746-2936
12650 INGENUITY DR, ATTN: RESEARCH DEPT, ORLANDO, FL 32826
ACCT# 7218621                             MORTGAGE ACCOUNT
                                          CONVENTIONAL REAL ESTATE MTG
    UPDATED  10/2004   BALANCE:        $0  JOINT ACCOUNT
    OPENED   06/1997   MOST OWED: $112000  PAY TERMS: 360 MONTHLY $979
    CLOSED   07/1999
    STATUS AS OF 10/2004: UNRATED

MEIER AND FRANK  PH#: (503) 242-3680
PO BOX 8021, LORAIN, OH 44055
ACCT# 10363533                            INSTALLMENT ACCOUNT
                                          INSTALLMENT SALES CONTRACT
    UPDATED  03/2004   BALANCE:       $0   JOINT ACCOUNT
    OPENED   05/1997   MOST OWED:     $0
    CLOSED   04/1998
    STATUS AS OF 03/2004: UNRATED

EXHIBIT  J
PAGE 4 OF 8

```
REPORT ON ROVERS, IDA, MARIA                              PAGE  5 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552      TRANSUNION FILE NUMBER:  129539536
```

```
    MEIER AND FRANK   PH#: (503) 242-3680
    PO BOX 8021, LORAIN, OH 44055
    ACCT# 10363533                          REVOLVING ACCOUNT
                                            CHARGE ACCOUNT
        UPDATED  03/2004  BALANCE:       $0 JOINT ACCOUNT
        OPENED   04/1988  MOST OWED:  $1305
        PAID OFF 11/1999
        STATUS AS OF 03/2004: UNRATED
```

---

THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

```
    SUBSCRIBER NAME                              INQUIRY TYPE   DATE
    WELLS FARGO BANK NA VIA FAC/RELS REPORTING SERV  INDIVIDUAL  09/08/2004
        4550 SW MACADAM AV, PORTLAND, OR 97201  PH#: (866) 646-8448
        PERMISSIBLE PURPOSE = CREDIT TRANSACTION
    CAPITAL ONE BANK                             INDIVIDUAL     05/25/2004
        10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE
    MBNA AMERICA                                 INDIVIDUAL     04/15/2004
        PO BOX 17054, WILMINGTON, DE 19850  PH#: NOT AVAILABLE
    MCMAHANS FURNITURE                           INDIVIDUAL     03/12/2004
        2350 ATHENS AVE., REDDING, CA 96001  PH#: (530) 243-3372
        PERMISSIBLE PURPOSE = COLLECTION
    GENISYS FINANCIAL CO VIA FAC/ERS-POWAY       AUTHORIZED     11/04/2003
        12395 FIRST AMERIC, POWAY, CA 92064  PH#: (800) 637-2422
        PERMISSIBLE PURPOSE = CREDIT TRANSACTION
    CAPITAL ONE BANK                             INDIVIDUAL     07/23/2003
        10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE
    CAPITAL ONE BANK                             INDIVIDUAL     03/23/2003
        10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE
    CHASE MANHATTAN BANK                         INDIVIDUAL     12/31/2002
        4915 INDEPENDENCE , TAMPA, FL 33634  PH#: NOT AVAILABLE
```

---

COMPANIES THAT REQUEST YOUR CREDIT REPORT MUST FIRST PROVIDE CERTAIN
INFORMATION ABOUT YOU. WITHIN THE PAST 90 DAYS, COMPANIES THAT REQUESTED YOUR
REPORT PROVIDED THE FOLLOWING INFORMATION.

```
    SUBSCRIBER NAME                              DATE
    WELLS FARGO BANK NA VIA FAC/RELS REPORTING SERV  09/08/2004
    IDENTIFYING INFORMATION THEY PROVIDED:
    ROVERS,IDA,M
    1  2052 LONE FIR CT. SE ,SALEM,OR 97306
```

---

THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED
INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE.
THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT, AND THESE INQUIRIES ARE NOT SEEN
BY ANYONE BUT YOU.

```
    SUBSCRIBER NAME                              DATE
    HOMEOWNERS                                   11/2002
        4501 CIRCLE 75 PAR, SUITE F6220, ATLANTA, GA 30339  PH#: NOT AVAILABLE
```

```
                           11100400000481 5/8  DT
```

**EXHIBIT** J

**PAGE** 5 **OF** 8

REPORT ON ROVERS, IDA, M     A                                  PAGE  6 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552        TRANSUNION FILE NUMBER:  129539536


SUBSCRIBER NAME                              DATE
AIG                                          11/2002
   505 CARR RD, WILMINGTON, DE 19809-2800  PH#: NOT AVAILABLE
AMERICAN EXPRESS PROPERT                     12/2002
   1400 LOMBARDI AVE, GREEN BAY, WI 54304-3922  PH#: NOT AVAILABLE
AIG                                          05/2003
   505 CARR RD, WILMINGTON, DE 19809-2800  PH#: NOT AVAILABLE
AMERIQUEST MORTAGE COMPA                     04/2004
   1100 TOWN & COUNTR, ORANGE, CA 92868  PH#: NOT AVAILABLE
BLAIR CORPORATION                            04/2004
   220 HICKORY ST, WARREN, PA 16365  PH#: NOT AVAILABLE
ACE INA                                      04/2004
   5404 CYPRESS CENTER DR, TAMPA, FL 33609-1044  PH#: NOT AVAILABLE
HOMEOWNERS                                   05/2004
   4501 CIRCLE 75 PAR, SUITE F6220, ATLANTA, GA 30339  PH#: NOT AVAILABLE
FIRST PREMIER                                06/2004
   PO BOX 5114, SIOUX FALLS, SD 57117-5114  PH#: (800) 584-7097
COUNTRYWIDE                                  07/2004
   4500 PARK GRANADA, CALABASAS, CA 91302-1613  PH#: NOT AVAILABLE
FIRST PREMIER                                08/2004
   PO BOX 5114, SIOUX FALLS, SD 57117-5114  PH#: (800) 584-7097
NEW CENTURY MORTGAGE                         10/2004
   100 RIALTO PL, PENSACOLA, FL 32501  PH#: (407) 984-8070


THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS
TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW).


SUBSCRIBER NAME                              DATE
GEICO INS CO                                 07/2004
    ONE GEICO, FREDERICKSBURG, VA 22412  PH#: NOT AVAILABLE
PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING
FEDERAL HOME LOAN MORTGA                     12/2002
   8200 JONES BRANCH DR, MC LEAN, VA 22102-3107  PH#: (800) 373-3343

REPORT ON ROVERS, IDA, MARIA                                          PAGE  7 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552        TRANSUNION FILE NUMBER:  129539536

---

IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD
CONSUMER STATEMENT TO YOUR REPORT. IF YOU PROVIDE A CONSUMER STATEMENT THAT
CONTAINS MEDICAL INFORMATION RELATED TO SERVICE PROVIDERS OR MEDICAL
PROCEDURES, THEN YOU EXPRESSLY CONSENT TO TRANSUNION INCLUDING THIS INFORMATION
IN EVERY CREDIT REPORT WE ISSUE ABOUT YOU.

IF THERE HAS BEEN A CHANGE IN YOUR CREDIT HISTORY RESULTING FROM OUR
INVESTIGATION, OR IF YOU ADD A CONSUMER STATEMENT, YOU MAY REQUEST THAT
TRANSUNION SEND AN UPDATED REPORT TO THOSE WHO RECEIVED YOUR REPORT WITHIN THE
LAST TWO YEARS FOR EMPLOYMENT PURPOSES, OR WITHIN THE LAST ONE YEAR FOR ANY
OTHER PURPOSE.

IF INTERESTED, YOU MAY ALSO REQUEST A DESCRIPTION OF HOW THE INVESTIGATION WAS
CONDUCTED ALONG WITH THE NAME, ADDRESS AND TELEPHONE NUMBER OF ANYONE WE
CONTACTED FOR INFORMATION.

SHOULD YOU WISH TO CONTACT TRANSUNION, YOU MAY DO SO,

BY MAIL:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

BY PHONE:
1-800-916-8800
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AVAILABLE.

11100400000481 7/8  DT

**EXHIBIT** J

**PAGE** 7 **OF** 8

**EXHIBIT** J
**PAGE** 8 **OF** 8

11100400000481 8/8   DT

```
*** 129539536-008 ***                    YOUR TRANSUNION FILE NUMBER:  129539536
P.O. Box 2000                             PAGE  1 OF  7
Chester, PA 19022                         DATE THIS REPORT PRINTED: 11/15/2004

RETURN SERVICE REQUESTED                  SOCIAL SECURITY NUMBER: XXX-XX-0552
                                          BIRTH DATE:          07/1959
                                          YOU HAVE BEEN IN OUR FILES SINCE: 10/1987
                                          PHONE: 581-1727
                                          AKA: ADELS,IDA,M, ,
                                          AKA: RICHARDS,IDA,M, ,

CONSUMER REPORT FOR:


     *****
     ROVERS, IDA, MARIA
     2052 SE LONE FIR CT
     SALEM, OR 97306


     Ild.Iu.I.ul.IlIlun.Ilul


FORMER ADDRESSES REPORTED:

   11034 SE MILL CREEK RD, AUMSVILLE, OR 97325
   5190 SE DELANEY RD, TURNER, OR 97392
```

## INVESTIGATION RESULTS

WE HAVE COMPLETED OUR REINVESTIGATION AND THE RESULTS ARE SHOWN BELOW.

| ITEM | DESCRIPTION | RESULTS |
|------|-------------|---------|
| MCMAHANS OF REDDING | # 4627264 | NEW INFORMATION BELOW |

ANY CORRECTIONS TO YOUR IDENTIFICATION REQUESTED BY YOU HAVE BEEN MADE AS NOTED
ABOVE. YOUR UPDATED CREDIT INFORMATION FOLLOWS.

SPECIAL NOTES: YOUR SOCIAL SECURITY NUMBER HAS BEEN MASKED FOR YOUR PROTECTION.
YOU MAY REQUEST DISCLOSURE OF THE FULL NUMBER BY WRITING TO US AT THE ADDRESS
FOUND AT THE END OF THIS REPORT. ALSO, ANY ITEM ON YOUR CREDIT REPORT THAT
BEGINS WITH 'MED1' INDICATES MEDICAL INFORMATION. THE DATA FOLLOWING THIS
WORD IS NOT DISPLAYED TO ANYONE BUT YOU EXCEPT WHERE PERMITTED BY LAW.

## YOUR CREDIT INFORMATION

THE FOLLOWING ITEMS OBTAINED FROM PUBLIC RECORDS APPEAR ON YOUR REPORT. YOU MAY
BE REQUIRED TO EXPLAIN PUBLIC RECORD ITEMS TO POTENTIAL CREDITORS.  ANY BANK-
RUPTCY INFORMATION WILL REMAIN ON YOUR REPORT FOR 10 YEARS FROM THE DATE OF
FILING. UNPAID TAX LIENS MAY GENERALLY BE REPORTED FOR AN INDEFINITE PERIOD OF
TIME DEPENDING ON YOUR STATE OF RESIDENCE. PAID TAX LIENS MAY BE REPORTED FOR
7 YEARS FROM DATE OF PAYMENT. ALL OTHER PUBLIC RECORD INFORMATION, INCLUDING
DISCHARGED CHAPTER 13 BANKRUPTCY AND ANY ACCOUNTS CONTAINING ADVERSE
INFORMATION, REMAIN FOR UP TO 7 YEARS.

EXHIBIT  K

PAGE  1  OF 8

REPORT ON ROVERS, IDA, M[    ]A                                    PAGE  2 OF  7
SOCIAL SECURITY NUMBER: Xxx-XX-0552        TRANSUNION FILE NUMBER:  129539536


OREGON FEDERAL COURT-EUG   PH#: (541) 465-6448
151 W 7TH RM300, , EUGENE, OR  97401
DOCKET #69866133      FEDERAL DISTRICT       CHAPTER 7 BANKRUPTCY DISCHARGED
PLAINTIFF ATTORNEY: MARC W GUNN                           ENTERED:  10/1998
                                   ASSETS:      $0  PAID:     06/2000
                                                   LIAB:        $0


MARION CIRC CT-SALEM   PH#: NOT AVAILABLE
100 HIGH STREET NE, , SALEM, OR  97301
DOCKET #98C15189      CIRCUIT COURT       CIVIL JUDGMENT
PLAINTIFF:        CASCADE COLLECTIONS INC              ENTERED:  08/1998
PLAINTIFF ATTORNEY: DBA ADELS TRUCKING                AMOUNT:     $3900


---

THE FOLLOWING ACCOUNTS CONTAIN INFORMATION WHICH SOME CREDITORS MAY CONSIDER TO
BE ADVERSE. ADVERSE ACCOUNT INFORMATION MAY GENERALLY BE REPORTED FOR 7 YEARS
FROM THE DATE OF THE FIRST DELINQUENCY, DEPENDING ON YOUR STATE OF RESIDENCE.
THE ADVERSE INFORMATION IN THESE ACCOUNTS HAS BEEN PRINTED IN >BRACKETS< FOR
YOUR CONVENIENCE, TO HELP YOU UNDERSTAND YOUR REPORT. THEY ARE NOT BRACKETED
THIS WAY FOR CREDITORS. (NOTE: THE ACCOUNT # MAY BE SCRAMBLED BY THE CREDITOR
FOR YOUR PROTECTION).

>COLLECTION RECORD<
 CAPITAL CREDIT AND COLLE  PH#: (503) 297-4488
 10200 SW EASTRIDGE ST, SUITE 201, PORTLAND, OR 97225-5064
 ACCT# 326742                         OPEN ACCOUNT
>PAID COLLECTION<
     UPDATED  11/2004   BALANCE:         $0    INDIVIDUAL ACCOUNT
     PLACED   11/2000   MOST OWED:     $136    MED1 LLOYD CENTER X RAY
     >STATUS AS OF 11/2004: PAYMENT AFTER CHARGE OFF/COLLECTION<

 MCMAHANS OF REDDING  PH#: (530) 243-4535
 2350 ATHENS AVE, REDDING, CA 96001
 ACCT# 4627264                        REVOLVING ACCOUNT
>CHAPTER 7 BANKRUPTCY<                 CHARGE ACCOUNT
     UPDATED  11/2004   BALANCE:         $0    INDIVIDUAL ACCOUNT
     OPENED   01/1997   MOST OWED:       $0    CREDIT LIMIT:     $2000
     PAID OFF 11/1999
     STATUS AS OF 11/2004: UNRATED
     >IN PRIOR 48 MONTHS FROM LAST UPDATE  5 TIMES 30 DAYS LATE<


---

THE FOLLOWING ACCOUNTS ARE REPORTED WITH NO ADVERSE INFORMATION

 CAPITAL ONE BANK  PH#: (800) 955-7070
 4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
 ACCT# 4862362336840189               REVOLVING ACCOUNT
                                      CREDIT CARD
     UPDATED  11/2004   BALANCE:      $479    INDIVIDUAL ACCOUNT
     OPENED   07/2003   MOST OWED:    $550    PAY TERMS:  MINIMUM $15
     STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
     IN PRIOR 16 MONTHS FROM LAST UPDATE NEVER LATE


11160400000114 2/8  DT

EXHIBIT  K

PAGE  2  OF  8

REPORT ON ROVERS, IDA, MARIA                                    PAGE  3 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552      TRANSUNION FILE NUMBER:  129539536


CAPITAL ONE BANK  PH#: (800) 955-7070
4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
ACCT# 4862362441271452                    REVOLVING ACCOUNT
                                          CREDIT CARD
    UPDATED  11/2004    BALANCE:    $272   INDIVIDUAL ACCOUNT
    OPENED   05/2004   MOST OWED:   $335   PAY TERMS:  MINIMUM $15
    STATUS AS OF 11/2004: PAID OR PAYING AS AGREED
    IN PRIOR  6 MONTHS FROM LAST UPDATE NEVER LATE

CARE CREDIT CORE/GECCCC    PH#: (937) 534-6950
P.O. BOX 276, MAIL CODE OH 3-425, DAYTON, OH 45401
ACCT# 6019180350075855                    REVOLVING ACCOUNT
                                          CHARGE ACCOUNT
    UPDATED  10/2004    BALANCE:    $416   INDIVIDUAL ACCOUNT
    OPENED   07/2004   MOST OWED:   $416   PAY TERMS:  MINIMUM $12
                                          CREDIT LIMIT:      $500
    STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
    IN PRIOR  3 MONTHS FROM LAST UPDATE NEVER LATE

HOMESHOPCLUB/MBGA  PH#: NOT AVAILABLE
PO BOX 981026, EL PASO, TX 79998-1206
ACCT# 6044086010023736                    REVOLVING ACCOUNT
                                          CHARGE ACCOUNT
    UPDATED  10/2004    BALANCE:    $255   INDIVIDUAL ACCOUNT
    OPENED   06/2004   MOST OWED:   $275   PAY TERMS:  MINIMUM $15
                                          CREDIT LIMIT:      $300
    STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
    IN PRIOR  4 MONTHS FROM LAST UPDATE NEVER LATE

CAPITAL ONE BANK  PH#: (800) 955-7070
4851 COX RD. #12038-0460 , GLEN ALLEN, VA 23060
ACCT# 4862362300184929                    REVOLVING ACCOUNT
                                          CREDIT CARD
    UPDATED  10/2004    BALANCE:    $486   INDIVIDUAL ACCOUNT
    OPENED   03/2003   MOST OWED:   $547   PAY TERMS:  MINIMUM $15
    STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
    IN PRIOR 19 MONTHS FROM LAST UPDATE NEVER LATE

WELLS FARGO HOME MORTGAG  PH#: NOT AVAILABLE
3476 STATEVIEW BLVD, MAC X7801-01X, FORT MILL, SC 29715
ACCT# 7080220981997                       MORTGAGE ACCOUNT
                                          CONVENTIONAL REAL ESTATE MTG
    UPDATED  10/2004    BALANCE:  $125861  INDIVIDUAL ACCOUNT
    OPENED   10/2002   MOST OWED: $128975  PAY TERMS: 360 MONTHLY $1091
                                          FRD 989445356
    STATUS AS OF 10/2004: PAID OR PAYING AS AGREED
    IN PRIOR 20 MONTHS FROM LAST UPDATE NEVER LATE

EXHIBIT____K

PAGE____3 OF___

REPORT ON ROVERS, IDA, N⎯⎯IA                                    PAGE  4 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552      TRANSUNION FILE NUMBER:  129539536


HOUSEHOLD BK  PH#: (800) 477-6000
PO BOX 98706, LAS VEGAS, NV 89193-8706
ACCT# 5488975002592403                    REVOLVING ACCOUNT
                                          CREDIT CARD
    UPDATED  09/2004  BALANCE:     $526   INDIVIDUAL ACCOUNT
    OPENED   05/2002  MOST OWED:   $620   PAY TERMS:  MINIMUM $16
                                          CREDIT LIMIT:     $500
    STATUS AS OF 09/2004: PAID OR PAYING AS AGREED
    IN PRIOR 28 MONTHS FROM LAST UPDATE NEVER LATE

HOUSEHOLD FINANCE CORP  PH#: (630) 617-7000
PO BOX 1547, CHESAPEAKE, VA 23327-1547
ACCT# 1603019693269608                    REVOLVING ACCOUNT
    UPDATED  05/1997                      JOINT ACCOUNT
    OPENED   01/1996  MOST OWED:     $0
    STATUS AS OF 05/1997: PAID OR PAYING AS AGREED

HOUSEHOLD FINANCE CORP  PH#: (630) 617-7000
PO BOX 1547, CHESAPEAKE, VA 23327-1547
ACCT# 1603069400865428                    REVOLVING ACCOUNT
    UPDATED  01/1996  BALANCE:       $0   JOINT ACCOUNT
    OPENED   06/1994  MOST OWED:     $0
    CLOSED   01/1996
    STATUS AS OF 01/1996: PAID OR PAYING AS AGREED


AM PAC BKCRD  PH#: (503) 245-5595
1026 SW GREENBURG RD, STE 700, PORTLAND, OR 97223-5538
ACCT# 4017981200021800                    REVOLVING ACCOUNT
ACCOUNT CLOSED BY CONSUMER                 CREDIT CARD
    UPDATED  01/1996  BALANCE:       $0   AUTHORIZED ACCOUNT
    OPENED   01/1992  MOST OWED:   $794   CREDIT LIMIT:     $600
    PAID OFF 03/1995
    STATUS AS OF 01/1996: PAID OR PAYING AS AGREED

OCWEN FEDERAL BANK  PH#: (800) 746-2936
12650 INGENUITY DR, ATTN: RESEARCH DEPT, ORLANDO, FL 32826
ACCT# 7218621                             MORTGAGE ACCOUNT
                                          CONVENTIONAL REAL ESTATE MTG
    UPDATED  10/2004  BALANCE:       $0   JOINT ACCOUNT
    OPENED   06/1997  MOST OWED: $112000  PAY TERMS: 360 MONTHLY $979
    CLOSED   07/1999
    STATUS AS OF 10/2004: UNRATED

MEIER AND FRANK  PH#: (503) 242-3680
PO BOX 8021, LORAIN, OH 44055
ACCT# 10363533                            INSTALLMENT ACCOUNT
                                          INSTALLMENT SALES CONTRACT
    UPDATED  03/2004  BALANCE:       $0   JOINT ACCOUNT
    OPENED   05/1997  MOST OWED:     $0
    CLOSED   04/1998
    STATUS AS OF 03/2004: UNRATED



                                   11160400000114 4/8  DT

                                   EXHIBIT     K
                                   PAGE  4  OF  8

REPORT ON ROVERS, IDA, MARIA                                    PAGE  5 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552      TRANSUNION FILE NUMBER:  129539536


MEIER AND FRANK  PH#: (503) 242-3680
PO BOX 8021, LORAIN, OH 44055
ACCT# 10363533                                  REVOLVING ACCOUNT
                                                CHARGE ACCOUNT
    UPDATED  03/2004   BALANCE:          $0     JOINT ACCOUNT
    OPENED   04/1988   MOST OWED:     $1305
    PAID OFF 11/1999
    STATUS AS OF 03/2004: UNRATED


THE FOLLOWING COMPANIES HAVE RECEIVED YOUR CREDIT REPORT.  THEIR INQUIRIES
REMAIN ON YOUR CREDIT REPORT FOR TWO YEARS.

    SUBSCRIBER NAME                             INQUIRY TYPE    DATE
    WELLS FARGO BANK NA VIA FAC/RELS REPORTING SERV    INDIVIDUAL    09/08/2004
        4550 SW MACADAM AV, PORTLAND, OR 97201  PH#: (866) 646-8448
        PERMISSIBLE PURPOSE = CREDIT TRANSACTION
    CAPITAL ONE BANK                            INDIVIDUAL      05/25/2004
        10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE
    MBNA AMERICA                                INDIVIDUAL      04/15/2004
        PO BOX 17054, WILMINGTON, DE 19850  PH#: NOT AVAILABLE
    MCMAHANS FURNITURE                          INDIVIDUAL      03/12/2004
        2350 ATHENS AVE., REDDING, CA 96001  PH#: (530) 243-3372
        PERMISSIBLE PURPOSE = COLLECTION
    GENISYS FINANCIAL CO VIA FAC/ERS-POWAY           AUTHORIZED    11/04/2003
        12395 FIRST AMERIC, POWAY, CA 92064  PH#: (800) 637-2422
        PERMISSIBLE PURPOSE = CREDIT TRANSACTION
    CAPITAL ONE BANK                            INDIVIDUAL      07/23/2003
        10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE
    CAPITAL ONE BANK                            INDIVIDUAL      03/23/2003
        10800 NICKOLS ROAD, GLEN ALLEN, VA 23060  PH#: NOT AVAILABLE
    CHASE MANHATTAN BANK                        INDIVIDUAL      12/31/2002
        4915 INDEPENDENCE , TAMPA, FL 33634  PH#: NOT AVAILABLE


COMPANIES THAT REQUEST YOUR CREDIT REPORT MUST FIRST PROVIDE CERTAIN
INFORMATION ABOUT YOU. WITHIN THE PAST 90 DAYS, COMPANIES THAT REQUESTED YOUR
REPORT PROVIDED THE FOLLOWING INFORMATION.

    SUBSCRIBER NAME                             DATE
    WELLS FARGO BANK NA VIA FAC/RELS REPORTING SERV    09/08/2004
    IDENTIFYING INFORMATION THEY PROVIDED:
    ROVERS,IDA,M
    1  2052 LONE FIR CT. SE ,SALEM,OR 97306


THE COMPANIES LISTED BELOW RECEIVED YOUR NAME, ADDRESS AND OTHER LIMITED
INFORMATION ABOUT YOU SO THEY COULD MAKE A FIRM OFFER OF CREDIT OR INSURANCE.
THEY DID NOT RECEIVE YOUR FULL CREDIT REPORT. THESE INQUIRIES ARE NOT SEEN BY
ANYONE BUT YOU AND THEY DO NOT AFFECT YOUR CREDIT SCORE.

    SUBSCRIBER NAME                             DATE
    HOMEOWNERS                                  11/2002
        4501 CIRCLE 75 PAR, SUITE F6220, ATLANTA, GA 30339  PH#: NOT AVAILABLE


                                    11160400000114 5/8   DT
                                                   EXHIBIT K
                                                   PAGE 5 OF 8

REPORT ON ROVERS, IDA, MA███A                                        PAGE  6 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552        TRANSUNION FILE NUMBER:  129539536

```
SUBSCRIBER NAME                             DATE
AIG                                         11/2002
   505 CARR RD, WILMINGTON, DE 19809-2800  PH#: NOT AVAILABLE
AMERICAN EXPRESS PROPERT                    12/2002
   1400 LOMBARDI AVE, GREEN BAY, WI 54304-3922  PH#: NOT AVAILABLE
AIG                                         05/2003
   505 CARR RD, WILMINGTON, DE 19809-2800  PH#: NOT AVAILABLE
AMERIQUEST MORTAGE COMPA                    04/2004
   1100 TOWN & COUNTR, ORANGE, CA 92868  PH#: NOT AVAILABLE
BLAIR CORPORATION                           04/2004
   220 HICKORY ST, WARREN, PA 16365  PH#: NOT AVAILABLE
ACE INA                                     04/2004
   5404 CYPRESS CENTER DR, TAMPA, FL 33609-1044  PH#: NOT AVAILABLE
HOMEOWNERS                                  05/2004
   4501 CIRCLE 75 PAR, SUITE F6220, ATLANTA, GA 30339  PH#: NOT AVAILABLE
FIRST PREMIER                               06/2004
   PO BOX 5114, SIOUX FALLS, SD 57117-5114  PH#: (800) 584-7097
COUNTRYWIDE                                 07/2004
   4500 PARK GRANADA, CALABASAS, CA 91302-1613  PH#: NOT AVAILABLE
FIRST PREMIER                               08/2004
   PO BOX 5114, SIOUX FALLS, SD 57117-5114  PH#: (800) 584-7097
NEW CENTURY MORTGAGE                        10/2004
   100 RIALTO PL, PENSACOLA, FL 32501  PH#: (407) 984-8070
```

THE COMPANIES LISTED BELOW OBTAINED INFORMATION FROM YOUR CONSUMER REPORT FOR
THE PURPOSE OF AN ACCOUNT REVIEW OR OTHER BUSINESS TRANSACTION WITH YOU. THESE
INQUIRIES ARE NOT DISPLAYED TO ANYONE BUT YOU AND WILL NOT AFFECT ANY
CREDITOR'S DECISION OR ANY SCORE (EXCEPT INSURANCE COMPANIES MAY HAVE ACCESS
TO OTHER INSURANCE COMPANY INQUIRIES, WHERE PERMITTED BY LAW).

```
SUBSCRIBER NAME                             DATE
GEICO INS CO                                07/2004
   ONE GEICO, FREDERICKSBURG, VA 22412  PH#: NOT AVAILABLE
PERMISSIBLE PURPOSE = INSURANCE UNDERWRITING
FEDERAL HOME LOAN MORTGA                    12/2002
   8200 JONES BRANCH DR, MC LEAN, VA 22102-3107  PH#: (800) 373-3343
```

EXHIBIT  K
PAGE  6 OF  8

REPORT ON ROVERS, IDA, MARIA                                                    PAGE  7 OF  7
SOCIAL SECURITY NUMBER: XXX-XX-0552        TRANSUNION FILE NUMBER:  129539536

IF OUR INVESTIGATION HAS NOT RESOLVED YOUR DISPUTE, YOU MAY ADD A 100 WORD
CONSUMER STATEMENT TO YOUR REPORT. IF YOU PROVIDE A CONSUMER STATEMENT THAT
CONTAINS MEDICAL INFORMATION RELATED TO SERVICE PROVIDERS OR MEDICAL
PROCEDURES, THEN YOU EXPRESSLY CONSENT TO TRANSUNION INCLUDING THIS INFORMATION
IN EVERY CREDIT REPORT WE ISSUE ABOUT YOU.

IF THERE HAS BEEN A CHANGE IN YOUR CREDIT HISTORY RESULTING FROM OUR
INVESTIGATION, OR IF YOU ADD A CONSUMER STATEMENT, YOU MAY REQUEST THAT
TRANSUNION SEND AN UPDATED REPORT TO THOSE WHO RECEIVED YOUR REPORT WITHIN THE
LAST TWO YEARS FOR EMPLOYMENT PURPOSES, OR WITHIN THE LAST ONE YEAR FOR ANY
OTHER PURPOSE.

IF INTERESTED, YOU MAY ALSO REQUEST A DESCRIPTION OF HOW THE INVESTIGATION WAS
CONDUCTED ALONG WITH THE NAME, ADDRESS AND TELEPHONE NUMBER OF ANYONE WE
CONTACTED FOR INFORMATION.

SHOULD YOU WISH TO CONTACT TRANSUNION, YOU MAY DO SO,

BY MAIL:
TransUnion Consumer Relations
P.O. Box 2000
Chester, PA 19022-2000

BY PHONE:
1-800-916-8800
OUR BUSINESS HOURS IN YOUR TIME ZONE ARE:
8:30 A.M. TO 4:30 P.M., MONDAY-FRIDAY, EXCEPT MAJOR HOLIDAYS.
PLEASE HAVE YOUR TRANSUNION FILE NUMBER LOCATED AT THE TOP OF THIS PAGE
AVAILABLE.

11160400000114 7/8  DT

**EXHIBIT** K

**PAGE** 7 **OF** 8

**EXHIBIT** K

**PAGE** 8 **OF** 8

11160400000114 8/8  DT



## UNIVERSAL DATA FORM

This form has been approved for reporting or updating account information.
☐ New  ☐ Change   If Change makes trade current, is previous delinquent history
☒ Delete          to be deleted?          ☒ Yes  ☐ No

*(Do not include security passwords with codes below.)*

Subscriber Name:  DEPT OF JUSTICE          CCA Subscriber Code: _____
DIVISION OF CHILD SUPPORT   EQUIFAX Subscriber Code: 109VS529
Subscriber Address: 3200 LANCASTER DR NE   TRW Subscriber Code:    3995519
SALEM OR 97305            TU Subscriber Code:     Y43QR001

### CONSUMER INFORMATION

| Surname | First | M | Suffix | SSN | DOB/Age |
|---|---|---|---|---|---|
| Rovers | Ida | T | | 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 | 07-12-59 |

Current Address: 2052 Lone Fir Ct SE   City: Salem   State: OR   Zip: 97306

Previous Address | City | State | Zip | Telephone, if available

Current Employer Name | Occupation | City | State

47-FC8929C-41

Defined as first date of delinquency leading up to the charge-off or collection status.  ☐ Automated
REQUIRED FOR LEGAL COMPLIANCE TO THE FAIR CREDIT REPORTING ACT.  ☐ Manual

When you submit this form, you certify that the information is accurate. You also certify that your automated and/or manual records have been adjusted to reflect any changes made.

Reason for deletion or status change from adverse to favorable: This case was suspended and the balance is zero.

Authorized Signature: Reiko Taguchi       Date: 9-9-2004
Please Print Name: Reiko Taguchi    For: Child Support   Fax # (503) 378-2574

EXHIBIT ___
PAGE ___ OF ___