FILED'05 SEP 13 14:07USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

IDA ROVERS,

      Plaintiff,

vs.

OREGON DEPARTMENT OF JUSTICE
DIVISION OF CHILD SUPPORT,
ET AL.,

      Defendants.

O R D E R
Civil No. 05-6122-AA

---

AIKEN, Judge:

    Plaintiff filed this complaint pursuant to the federal Fair Credit Reporting Act (FCRA) against defendant Oregon Department of Justice (Oregon DOJ) as well as against several other defendants not at issue here. See 15 U.S.C. § 1681s-2(a)(1)(a). Plaintiff alleges that the Oregon DOJ reported to the credit reporting agency Trans Union that plaintiff's account with defendant, as of June 2004, had the status of a collection account. Complaint, ¶ 61. Plaintiff alleges that she has never been late on her payments to the Oregon DOJ and has paid her account in full. Id. Plaintiff alleges that Oregon DOJ's actions violate the FCRA and that, as a result, she sustained damages in the form of denied credit, increased cost of borrowing

1 - ORDER

money, damaged credit scoring, higher interest rates, emotional distress, and attorney fees. Id. at ¶¶ 76-77.

The Oregon DOJ moves to dismiss plaintiff's complaint asserting that this court lacks subject matter jurisdiction over the claim. I agree and grant defendant's motion to dismiss. Defendant filed its motion to dismiss on June 22, 2005. Plaintiff has not filed any opposition to this motion and therefore the court will assume that defendant's motion is unopposed.

Pursuant to the Eleventh Amendment of the United States Constitution, states retain sovereign immunity and cannot be sued by citizens under federal law unless the state consents to the suit or Congress has abrogated the states' sovereign immunity. Blatchford v. Native Village of Noatak, 501 U.S. 775, 779 (1991). Further, Congress can abrogate a state's sovereign immunity only with a "clear legislative statement." Id. at 786. I find no "clear legislative statement" here. See Richmond v. TRW Info Servs. Div., 1997 WL 1037886 (S.D. Cal. 1997)(no indication that "Congress sought to waive the 11th Amendment regarding plaintiff's claims under the FCRA against the State of California and its Franchise Tax Board). I find no evidence that the FCRA can abrogate Oregon's sovereign immunity, and therefore plaintiff's claims pursuant to the FCRA, against this defendant, fail as a matter of law. Defendant's motion to dismiss (doc. 40)
///
///
///
///

2 - ORDER

```
1    is granted.
2    IT IS SO ORDERED.
3         Dated this 13 day of September 2005.
```

                                    _____
                                            Ann Aiken
                                    United States District Judge

3 - ORDER